PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIA BRUSSETT BUENBRAZO,<br><br>        Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-984 DAD SKO<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: EXTENSION OF TIME** |

The parties respectfully stipulate that the time for the government to file an answer to the complaint is extended to October 18, 2016, and that the scheduling conference be reset to sometime after the new answer date.  Defendant United States Citizenship and Immigration Services has requested additional information from Plaintiff, and Plaintiff recently submitted that information; the parties will advise if the matter is resolved at the administrative level before the next answer date.

//

//

//

//

1

Dated:  September 13, 2016                              Respectfully submitted,

                                                        s/ Audrey B. Hemesath
                                                        AUDREY B. HEMESATH
                                                        Assistant United States Attorney

                                                        /s/ Amanda Kwong
                                                        AMANDA KWONG
                                                        Attorney for the Plaintiff

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED as follows:

    1.    Defendants shall file their responsive pleadings by no later than **October 18, 2016**, and

    2.    the Scheduling Conference currently set for October 18, 2016 in this matter is **CONTINUED to December 1, 2016, at 10:30 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**  The parties shall file their joint scheduling report by no later than November 23, 2016.

IT IS SO ORDERED.

Dated:  **September 13, 2016**                          /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE