UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIA BRUSSETT BUENBRAZO,<br><br>    Plaintiff,<br><br>  v.<br><br>JEH JOHNSON, et al.,<br><br>    Defendants. | No. 1:16-cv-00984-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 8) |

On September 28, 2016, the parties filed a joint stipulation dismissing the action with each party to bear its own costs and attorneys' fees. (Doc. No. 8.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **October 4, 2016**        /s/ Dale A. Drozd
                     UNITED STATES DISTRICT JUDGE

1